**FILED**
**AUGUST 3, 2021**
In the Office of the Clerk of Court
WA State Court of Appeals, Division III

IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION THREE

|  |  |  |
|---|---|---|
| In the Matter of the Personal Restraint of | ) ) | No. 37529-3-III |
| JACQUELINE A. WORTHAM, | ) ) ) | |
| Petitioner. | ) | UNPUBLISHED OPINION |

STAAB, J. — In 2009, 18-year-old Jacqueline Wortham pleaded guilty to first degree murder for killing her father. The court imposed a low-end standard-range sentence of 22 years. In 2020, Ms. Wortham filed a personal restraint petition, seeking resentencing under *State v. Houston-Sconiers*, 188 Wn.2d 1, 21, 391 P.3d 409 (2017).

The State concedes that Ms. Wortham's petition falls under an exception to the one-year time bar because *Houston-Sconiers* is retroactively applicable. *In re Pers. Restraint of Ali*, 196 Wn.2d 220, 233, 474 P.3d 507 (2020), *cert. denied sub nom. Washington v. Ali*, 141 S. Ct. 1754 (2021). The State also concedes that Ms. Wortham has demonstrated actual and substantial prejudice because the trial court did not recognize its discretion to impose a sentence below the standard range. *In re Pers. Restraint of Domingo-Cornelio*, 196 Wn.2d 255, 474 P.3d 524 (2020), *cert. denied sub nom. Washington v. Domingo-Cornelio*, 141 S. Ct. 1753 (2021).

No. 37529-3-III
*In re Pers. Restraint of Wortham*

Based on our own review of Ms. Wortham's petition, and the State's concessions, we grant the personal restrain petition and remand to the Superior Court for resentencing.

A majority of the panel has determined this opinion will not be printed in the Washington Appellate Reports, but it will be filed for public record pursuant to RCW 2.06.040.

_____
Staab, J.

WE CONCUR:

_____
Fearing, J.

_____
Lawrence-Berrey, J.

2